Lawrence J. Gornick (SBN 136290)
Emily Charley (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Tel: (415) 646-7160
Fax: (415) 981-1270

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRISON SARVER AND NELLIE G. SARVER, <br><br> Plaintiff, <br><br> vs. <br><br> ELI LILLY AND COMPANY, <br><br> Defendant. | No. C 06 1269 SI <br><br> Before the Honorable SUSAN ILLSTON <br><br> **[PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Conference Date: JUNE 23, 2006 <br> Conference Time: 10:00 a.m. <br> Location: Courtroom 10, 19TH Fl. |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the JUNE 23, 2006 Case Management Conference ("CMC") to ___10/6/06___, at __2:00 p.m.__. In the event the case is not transferred to the Honorable Claudia Wilken and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED**

DATED:

_Susan Illston_
HONORABLE SUSAN ILLSTON
United States District Court Judge

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1